UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

      **Plaintiff,**

                              Case No:  6:08-cv-891-Orl-36TBS

**LEWARNA WILLIAMS, RACHAEL HUNTER, and DONNELL WILLIAMS, JR.**

      **Plaintiff-Intervenors,**

v.

**FOUNTAIN VIEW APARTMENTS, INC., MILDRED CHASTAIN and JAMES W. STEVENS,**

      **Defendants.**
_____/

## **O R D E R**

THIS MATTER comes before the Court on periodic review of the file.  On March 10, 2010, United States District Judge Mary S. Scriven entered a Consent Judgment (Doc. 127).  As no further action is required in this matter, the Clerk is directed to close this case.  Because the Court retained jurisdiction of this matter for four years, the parties may move to reopen the case for purposes of enforcing the consent decree.

**DONE AND ORDERED** in Orlando, Florida on January 22, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record and Unrepresented Parties, if any